# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered: February 5, 2015        518028
_____

In the Matter of the Claim of
    CANDY L. RHEDER,
                 Appellant.

                          MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                 Respondent.
_____

Calendar Date: December 2, 2014

Before: Peters, P.J., McCarthy, Rose and Lynch, JJ.

_____

      Candy L. Rheder, Millbrook, appellant pro se.

      Eric T. Schneiderman, Attorney General, New York City (Linda D. Joseph of counsel), for respondent.

_____

      Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 20, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

      Decision affirmed. No opinion.

      Peters, P.J., McCarthy, Rose and Lynch, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court